1  *[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN FRANCISCO DIVISION**

10

11  IN RE: JUUL LABS, INC., MARKETING      Case No. 3:19-md-02913-WHO
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION
12
**JOINT STIPULATION AND**
13  This Document Relates to:                **[PROPOSED] ORDER FOR DISMISSAL**
**OF PLAINTIFF TAMARA CONNORS, ON**
14  *Tamara Connors, on behalf of minor child M.B.*  **BEHALF OF MINOR CHILD M.B.'s**
*v. Juul Labs, Inc., et al.,*            **CLAIM WITHOUT PREJUDICE**
15  ***Case No. 3:20-cv-09185***

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal without Prejudice of Plaintiff Tamara Connors, on behalf of minor child M.B.'s action captioned as Tamara Connors, on behalf of minor child M.B. v. Juul Labs, Inc., et al., Case No. 3:20-cv-09185, with each party to bear its own attorney's fees and costs.

Dated July 22, 2022                                        Respectfully submitted,


By: /s/ Pierce N. Giboney                         By: /s/ Edward A. Wallace

Pierce N. Giboney, FL Bar 124704                  Edward A. Wallace
**GUNSTER, YOAKLEY & STEWART, P.A.**              **WALLACE MILLER**
1 Independent Drive, Suite 2300                   150 N. Wacker Dr., Suite 1100
Jacksonville, FL 32202                            Chicago, IL 60606
Telephone: (904) 350-7168                         Telephone: (312) 261-6193
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)


Gregory P Stone, SBN 78329                        By: /s/ Erin Dickinson
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**                    Erin Dickinson
350 South Grand Avenue, Fiftieth Floor            **CRUEGER DICKINSON LLC**
Los Angeles, California 90071-3426                4532 N. Oakland Ave.,
Telephone: (213) 683-9100                         Whitefish Bay, WI 53211
Facsimile: (213) 687-3702                         Telephone: (414) 210 3868
gregory.stone@mto.com
bethany.kristovich@mto.com


                                                  By: /s/ Greg Coleman

Renee D. Smith (*pro hac vice*)                   Greg Coleman
**KIRKLAND & ELLIS LLP**                          **MILBERG COLEMAN BRYSON**
300 N. LaSalle Street                             **GROSSMAN, PLLC**
Chicago, IL 60654                                 800 S. Gay St., Suite 1100
Telephone: (312) 862-2000                         Knoxville, TN 37929
Facsimile: (312) 862-2200                         Telephone: (866) 252-0878
renee.smith@kirkland.com

                                                  *Attorneys for Plaintiff Tamara Connors, on*
Peter A. Farrell, P.C. (*pro hac vice*)           *behalf of minor child M.B.*
David M. Bernick
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
FOR DISMISSAL OF TAMARA CONNORS, ON BEHALF
OF MINOR CHILD M.B., CASE NO.: 3:20-cv-09185

2

Telephone: (202) 389-5959
Facsimile: (202) 389-5200
peter.farrell@kirkland.com
David.bernick@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
FOR DISMISSAL OF TAMARA CONNORS, ON BEHALF
OF MINOR CHILD M.B., CASE NO.: 3:20-cv-09185

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(1), I, Greg Coleman, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

*/s/ Greg Coleman*____
Greg Coleman

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
FOR DISMISSAL OF TAMARA CONNORS, ON BEHALF
OF MINOR CHILD M.B., CASE NO.: 3:20-cv-09185

4

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff Tamara Connors, on behalf of minor child M.B.'s action captioned as *Tamara Connors, on behalf of minor child M.B. v. Juul Labs, Inc., et al.,* **Case No. 3:20-cv-09185**-WHO, is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**



Dated: July 22, 2022_____        _____

HONORABLE WILLIAM H. ORRICK
United States District Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
FOR DISMISSAL OF TAMARA CONNORS, ON BEHALF
OF MINOR CHILD M.B., CASE NO.: 3:20-cv-09185

5